Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | CASE NO. 20-00068-TLM |
|---|---|
| JOSEPH THOMAS LEAL | CHAPTER 13 |
| Debtor(s). | |

### TRUSTEE'S RESPONSE TO APPLICATION FOR ATTORNEY'S FEES

Counsel's Application for Attorney's Fees (docket #__) is:
  ☐ set for hearing on _____.
  ☒ set for negative notice, objections due by April 24, 2020

1. Relevant case information:
   A. Date case filed ................................................................January 23, 2020
   B. Date case dismissed .........................................................March 18, 2020
   C. Fees Requested in Debtor(s) plan ......................................... $6,500
   D. Funds on hand at dismissal................................................ $2,618.70
   E. Total fees requested ........................................................$3,222.75
   F. Balance due .................................................................. $2,222.75

2. Trustee's recommendation:
   A. ☐ The Trustee has no objection to the proposed attorney's fees.
   B. ☒ The Trustee objects to the proposed application for the following reason(s):
       ☐ The application has not been properly served.
       ☐ The application has not been timely filed.
       ☒ Other:

a. Counsel filed a signed disclosure of fees on January 23, 2020 which stated that attorney's fees would be billed at $185 per hour. See docket no. 6. On March 31, 2020 after this case was dismissed, Counsel filed an amended disclosure stating fees would be billed at the rate of $280 per hour. Said amount is much higher than this attorney typically bills. Trustee has reviewed the unfiled fee disclosure and it matches the fee affidavit.

b. Counsel has billed 1 hour of time to attend a confirmation hearing on March 17, 2020. A review of the Court's calendar listed that Counsel had five separate cases all heard on the same date. Trustee has been advised by her staff attorney that the confirmation calendar took less than an hour. Counsel's office is only a few blocks from the court house. Even allowing .25 hours travel time Counsel did not expend more than 1.25 hours representing 5

different clients. The charge should be reduced to no more than .3 hours at the most. See copy of detailed application attached hereto as Exhibit A and the March 17, 2020 court calendar attached as Exhibit B.

c. Counsel billed 1.2 hours on March 17, 2020 to draft and file a voluntary motion to dismiss. This is an excessive charge for Counsel to file what amounts to a form motion that is an exact duplicate of the voluntary motions to dismiss he has filed in the past with only the name and case number changed. This motion was filed and served electronically. It was not served by counsel or set for hearing. See copy attached hereto as Exhibit C. This expense should be reduced to no more than .3 hours.

d. Any disbursement by the trustee should be subject to Trustee's fees.

WHEREFORE, Trustee objects to Counsel's Application for Attorney's Fees in the amount of $3222.75 as Counsel has overcharged the debtor for his services.

DATED: April 24, 2020

/s/ Kathleen McCallister
**Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on April 24, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Hyrum Zeyer
hyrum@petersonzeyerlaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JOSEPH THOMAS LEAL
7713 GILLIS ROAD
BOISE, ID 83714

/s/ Kathleen McCallister
**Kathleen McCallister, Trustee**

**PETERSON ZEYER**
1215 W. Hays Street
Boise, ID 83702
Phone 208-433-9882  Fax 208-433-9886

8/13/2019 to 3/31/2020
20-00068
Vol. Dismissed Ch. 13

**Bill To:**
Joseph Thomas Leal
1173 Gillis Road
Boise, Idaho 83714

## DESCRIPTION

**Attorney Fees:** Chapter 13 Invoice for services through confirmation of bankruptcy plan. HMZ = Attorney hourly rate is $280, KR = Paralgal hourly rate is $65.00.

| Date | Initial | Description | Time | Rate | Fee |
|---|---|---|---|---|---|
| 8/13/2019 | HMZ | Initial Consultation | 0.50 | $ 280.00 | |
| 9/16/2019 | HMZ | Second consultation | 0.50 | $ 280.00 | $ 140.00 |
| 10/31/2019 | KR | Unscheduled office visit re vehicle purchase agreements | 0.50 | $ 65.00 | $ 32.50 |
| 11/18/2019 | KR | Unscheduled office visit from client re Pay Stubs & Questions | 0.50 | $ 65.00 | $ 32.50 |
| 12/13/2019 | KR | Phone call with debtor regarding items needed to complete paperwork | 0.50 | $ 65.00 | $ 32.50 |
| 12/18/2019 | KR | Preperation of Peition & Schedules | 1.50 | $ 65.00 | $ 97.50 |
| 12/20/2019 | KR | Preperation of Peition & Schedules | 2.00 | $ 65.00 | $ 130.00 |
| 1/3/2020 | KR | Phone call with debtor regarding items needed to complete paperwork | 0.35 | $ 65.00 | $ 22.75 |
| 1/7/2020 | KR | review and preperation of Peition & Schedules | 2.50 | $ 65.00 | $ 162.50 |
| 1/10/2020 | KR | File review and preperation of Schedules & Chapter 13 Plan | 1.50 | $ 65.00 | $ 97.50 |
| 1/15/2020 | KR | Preperation of Schedules & Chapter 13 Plan | 2.00 | $ 65.00 | $ 130.00 |
| 1/17/2020 | HMZ/KR | Reviewed Debtors Petition, Schedules & Plan | 0.75 | $ 280.00 | $ 210.00 |
| 1/20/2020 | HMZ | Signing Appointment, document review with client | 0.75 | $ 280.00 | $ 210.00 |
| 1/20/2020 | KR | Finaliz Petition & Schedules and filed all documents | 1.00 | $ 65.00 | $ 65.00 |
| 1/30/2020 | HMZ | Case review & Email with Capital Auto re surrender vehicle | 0.75 | $ 280.00 | $ 210.00 |
| 2/13/2020 | HMZ | Review J. Kaugman's case review | 0.50 | $ 280.00 | $ 140.00 |
| 3/11/2020 | HMZ | Review Trustee's Recs | 0.75 | $ 280.00 | $ 210.00 |
| 3/11/2020 | HMZ | Review Harley Davidson Objection, research In re Till and In re Field (TLM), email Lewis Stoddard | 1.20 | $ 280.00 | $ 336.00 |
| 3/13/2020 | KR | Phone call with the debtor regarding possible MTD and needing to schedule appt with Hyrum. | 0.40 | $ 65.00 | $ 26.00 |
| 3/16/2020 | HMZ | Unscheduled office visit from client re MTD | 0.40 | $ 280.00 | $ 112.00 |
| 3/17/2020 | HMZ | Received email requesting dismissal, draft MTD, filed MTD | 1.20 | $ 280.00 | $ 336.00 |
| 3/17/2020 | HMZ | Attend Confirmation Hearing | 1 | $ 280.00 | $ 280.00 |
| 3/31/2020 | HMZ/KR | Draft & file Fee application | 0.75 | $ 280.00 | $ 210.00 |
| | | | | $ 65.00 | $ - |

| Fees | | | | | |
|---|---|---|---|---|---|
| | Total Attorney Fee | 21.8 | | $ | 3,222.75 |
| | Fees Paid Prepetition - $1000 paid prior to filing | | | $ | (1,000.00) |
| | Unpaid Attorney Fee | | | $ | 2,222.75 |

| Costs: | Filing fee : $310 paid prior to filing | | | $ | 310.00 |
|---|---|---|---|---|---|

| Costs | | | | | |
|---|---|---|---|---|---|
| | Total Costs | | | $ | 310.00 |
| | Costs Paid Prepetition | | | $ | (310.00) |
| | Unpaid Costs | | | $ | - |

| Summary | | | | | |
|---|---|---|---|---|---|
| | Total Attorney Fee and Costs | | | $ | 3,532.75 |
| | Total Unpaid Attorney Fee | | | $ | 2,222.75 |
| | Total Unpaid Costs | | | $ | - |
| | Total Due | | | $ | 2,222.75 |

# EXHIBIT A

run: 3/10/2020 7:29am

Judge Terry L Myers
Tuesday
3/17/2020

Page 1

### Tuesday, March 17, 2020

| Time | Case | Debtor | Matter |
|---|---|---|---|
| 01:30 PM | 20-00149-TLM | James Arnold Pratt<br>Rmk:Q.Lackey-D KM-T | Trustees Motion to Dismiss<br>Doc:28 Chap:13 |
| | 19-01275-TLM | Paul A. Grasska and Nicole L. Grasska<br>Rmk:M.Bennett-D KM-T | Confirmation Hearing<br>Doc:34 Chap:13 |
| | 19-01446-TLM | Danielle M Guerra<br>Rmk:B.Pangburn-D KM-T | Confirmation Hearing (Cont.)<br>Doc:33 Chap:13 |
| | 20-00090-TLM | Mikel Jacob Burkhead and Panagiota Pearl Burkhead<br>Rmk:S.Miller-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |
| | 19-01139-TLM | Gerry Kenneth Adams and Cindy Sue Adams<br>Rmk:C.Roedel-D KM-T | Confirmation Hearing<br>Doc:41 Chap:13 |
| | 20-00044-TLM | David Allen Mitchell and Phyllis June Mitchell<br>Rmk:C.Roedel-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |
| | 17-00265-TLM | Kenneth R Zschomler<br>Rmk:M.Jacques-D KM-T, D Swartley-Cr | 362 Prelim - US Bank<br>Doc:43 Chap:13 |
| | 19-00810-TLM | Kenny Taylor and Rebecca Taylor<br>Rmk:M.Jacques-D KM-T, L Stoddard-Cr | 362 Prelim - Toyota Lease Trust<br>Doc:39 Chap:13 |
| | 20-00067-TLM | Deon R. Shouse and Connie L. Shouse<br>Rmk:M.Jacques-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |
| | 19-01239-TLM | Adam Richard Norris<br>Rmk:H.Zeyer-D KM-T | Confirmation Hearing (Cont.)<br>Doc:3 Chap:13 |
| | 19-01496-TLM | Alden Miljkovic<br>Rmk:H.Zeyer-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |
| | 20-00003-TLM | Marshall Stanley Kent<br>Rmk:H.Zeyer-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |
| | 20-00059-TLM | Leslie Ann Ward<br>Rmk:H.Zeyer-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |

Exhibit B

run: 3/10/2020 7:29am

Judge Terry L Myers
Tuesday
3/17/2020

Page 2

## Tuesday, March 17, 2020

**01:30 PM**

| Case | Debtor | Hearing |
|---|---|---|
| 20-00068-TLM | Joseph Thomas Leal<br>Rmk:H.Zeyer-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |
| 19-00303-TLM | Christopher Rex Reynolds and Holly Reynolds<br>Rmk:M.Avery-D KM-T | Confirmation Hearing (Cont.)<br>Doc:62 Chap:13 |
| 19-01089-TLM | Kathryn Renee Jones<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing (Cont.)<br>Doc:38 Chap:13 |
| | Kathryn Renee Jones<br>Rmk:H.Sutherland-D KM-T | Trustee's Motion to Dismiss<br>Doc:53 Chap:13 |
| 19-01110-TLM | Jennifer Danielle Wesely<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing (Cont.)<br>Doc:3 Chap:13 |
| | Jennifer Danielle Wesely<br>Rmk:H.Sutherland-D KM-T | Trustees Motion to Dismiss<br>Doc:31 Chap:13 |
| 19-01268-TLM | Michael Ray Henderson and Janalee Henderson<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing (Cont.)<br>Doc:24 Chap:13 |
| 19-01277-TLM | Mark Blust<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing (Cont.)<br>Doc:3 Chap:13 |
| 19-01405-TLM | Victor M Romero-Vega and Maria A Romero-Vega<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing (Cont.)<br>Doc:28 Chap:13 |
| 19-01424-TLM | Douglas Jerome Harmon and Christine Renna Harmon<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing (Cont.)<br>Doc:3 Chap:13 |
| 19-01487-TLM | Christopher Michael Greenwood<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |
| 20-00027-TLM | Bryan Todd Johnson and Diana Lee Johnson<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |
| 20-00037-TLM | Otilia Veronica Gaidos<br>Rmk:H.Sutherland-D KM-T | Confirmation Hearing<br>Doc:3 Chap:13 |

```
run: 3/10/2020 7:29am                    Judge Terry L Myers                              Page 3
                                              Tuesday
                                             3/17/2020

Tuesday, March 17, 2020

01:30 PM   20-00056-TLM   Matthew J. Dellwo                              Confirmation Hearing
                         Rmk:H.Sutherland-D KM-T                         Doc:3 Chap:13

           20-00058-TLM   William Burt and Lisa Ann Burt                 Confirmation Hearing
                         Rmk:H.Sutherland-D KM-T                         Doc:3 Chap:13

                         William Burt and Lisa Ann Burt                  Trustees Motion to Dismiss
                         Rmk:H.Sutherland-D KM-T                         Doc:25 Chap:13

           20-00079-TLM   Jerry Dell Orr, Jr. and Amber Marie Orr        Confirmation Hearing
                         Rmk:H.Sutherland-D KM-T                         Doc:3 Chap:13

           20-00092-TLM   Jason Robert Hunt and Mikki Terresa Hunt       Confirmation Hearing
                         Rmk:H.Sutherland-D KM-T                         Doc:3 Chap:13

02:30 PM   19-40193-JMM   Roger A. Evans and Lori A. Steedman            Trustee's Motion to Stay
                         Rmk:A.Caval-D KM-T                              Pending Appeal
                                                                         Doc:46 Chap:13
```

Hyrum M. Zeyer        ISB No. 8436
Peterson Zeyer Law
1215 W. Hays Street
Boise, Idaho 83702
Telephone:    (208) 433-9882
Facsimile:    (208) 433-9886
E-mail:        Hyrum@PetersonZeyerLaw.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | CHAPTER 13 |
|---|---|
| JOSEPH THOMAS LEAL | Case No. 20-00068-TLM |
| Debtor. | |

## MOTION TO DISMISS

Comes now, Hyrum M. Zeyer, of Peterson Zeyer Law, pursuant to 11 U.S.C. §1307(b) and on behalf of the Debtor, moves this Court for an order dismissing the above entitled case. There are no pending motions to convert this case to a Chapter 7 or pending motions to dismiss this case with prejudice.

**DATED:**    March 17, 2020
**SIGNED:**    PETERSON ZEYER LAW

/s/ *Hyrum M. Zeyer*

Hyrum M. Zeyer, Attorney for the Debtors

Exhibit C