# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| IN RE:<br><br>**JOSEPH THOMAS LEAL,**<br><br>Debtor. | Case No. 20-00068-TLM<br><br>Chapter 13 |
|---|---|

## ORDER

Based on the oral ruling entered this date and good cause appearing,

IT IS HEREBY ORDERED that the chapter 13 trustee's objection, Doc. No. 28, to the Application for Allowance of Compensation filed by Hyrum Zeyer, Doc. No. 26 ("Application"), is SUSTAINED IN PART and OVERRULED IN PART, and the Application is APPROVED in the amount of $2,830.75. After accounting for a $1,000 prepetition payment, Trustee shall pay Mr. Zeyer $1,830.75. Trustee shall pay the remaining $787.95 of funds on hand to Debtor.

DATED:  June 2, 2020

_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

ORDER - 1